IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
     v.                     )       2:23cr235-MHT
                            )            (WO)
RONNIE RONRICAS WEBSTER     )
                            )
```

SUPPLEMENTAL ORDER ON
TREATMENT-RELATED CONDITIONS OF SUPERVISED RELEASE

In accordance with the conditions of supervision in the criminal judgment entered today, it is ORDERED that:

(1) Within 28 days of the commencement of supervised release, defendant Ronnie Ronricas Webster shall be assessed by a psychiatric provider to determine his current psychotropic medication needs. Any prescribed medications shall be monitored for effectiveness and compliance and altered as appropriate.

(2) Within 63 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Webster to begin receiving substance-abuse and mental-health treatment consistent with the recommendations of Dr. Ashlee Zito.  See Evaluation

Report (Doc. 49-1).  The mental-health treatment shall be provided by a mental-health professional with expertise in depression, anxiety, trauma, grief, and loss.  The treatment shall consist of individual psychotherapy to achieve symptom stability, improve the regular use of appropriate coping skills, assist with maintaining sobriety, assist in processing any new stressors as they arise, and monitor for any suicidality.  Other therapeutic goals may include processing distress surrounding loss of loved ones and processing other trauma he has experienced.  As part of the treatment program for substance abuse, the probation office shall also ensure that defendant Webster participates in Alcoholics Anonymous, Narcotics Anonymous, or another similar program, with a sponsor.

(3) Within 70 days of the commencement of supervised release, the United States Probation Office shall file a report on the status of the arrangements required above and on how defendant Webster is faring.

(4) The United States Probation Office shall ensure that, prior to beginning evaluation or treatment, each mental-health professional assessing or treating defendant Webster receives a copy of the psychological evaluation conducted by Dr. Ashlee Zito (Doc. 49-1).

DONE, this the 3rd day of October, 2024.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**